UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 1:10-cv-21307-PCH

BANKUNITED FINANCIAL
CORPORATION, BANKUNITED
FINANCIAL SERVICES, INC.,
CRE AMERICA CORPORATION,
and BU REALTY CORPORATION,

    Plaintiffs,
v.

FEDERAL DEPOSIT INSURANCE
CORPORATION, in its capacity as
Receiver of BankUnited, FSB,

    Defendant.
_____/

### DEFENDANT'S MOTION TO DISMISS THE COMPLAINT OR FOR A MORE DEFINITE STATEMENT, INCLUDING RESPONSE TO MOTION FOR SUMMARY JUDGMENT ON COUNT I

Defendant FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver of BankUnited, FSB ("FDIC-R"), moves this Court for entry of an order,

(1) pursuant to Rule 12(b)(6), Fed.R.Civ.P., dismissing the Complaint in its entirety for failure to state a claim upon which relief may be granted,

(2) denying Plaintiffs' Motion for Summary Judgment as to Count I of the Complaint, and

(3) pursuant to Rule 12(e), Fed.R.Civ.P., directing Plaintiffs to re-plead any claim(s) that may survive dismissal, in conformity to the Federal Rules of Civil Procedure.

In support of the foregoing, FDIC-R relies upon the arguments and authorities reviewed in its Memorandum of Law filed herewith.

WHEREFORE, Defendant respectfully prays that the foregoing motion be, in all respects, granted.

Dated:  July 6, 2010

| Of Counsel: | McDERMOTT WILL & EMERY LLP |
|---|---|
| Kathryn R. Norcross<br>Senior Counsel<br>Sonya L. Levine<br>Counsel-Legal Division<br>Federal Deposit Insurance Corporation<br>Legal Division<br>3501 Fairfax Drive, VS-D-<br>Arlington, VA  22226<br>(703) 562-2783<br>Email: *knorcross@fdic.gov*<br>Email: *slevine@fdic.gov* | By: */s/ Bruce J. Berman*<br>    Bruce J. Berman (Fla. Bar # 159280)<br>    *bberman@mwe.com*<br>    201 S. Biscayne Blvd., Suite 2200<br>    Miami, FL 33131-4336<br>    Tel:  305.358.3500 / Fax:  305.347.6500<br>      - and -<br>    Geoffrey T. Raicht (pro hac vice<br>       application to be submitted)<br>    *graicht@mwe.com*<br>    340 Madison Avenue<br>    New York, New York 10173-1922<br>    Tel:  212.547.5400 / Fax:  212.547.5444 |

*Attorneys for Defendant*
*Federal Deposit Insurance Corporation*


### CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List, either via transmission of Notices of Electronic Filing generated by CM/ECF or by first class U.S. mail on those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                      By:   */s/ Bruce J. Berman*
                                                              Bruce J. Berman

- 2 -

## Service List for USDC Case 20-cv-21307-PCH

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case:

**Jacqueline Becerra** on behalf of Plaintiffs
becerraj@gtlaw.com,orizondol@gtlaw.com,MIALitDock@gtlaw.com

**Mark David Bloom** on behalf of Plaintiffs
bloomm@gtlaw.com,miaecfbky@gtlaw.com,phillipsj@gtlaw.com,MiaLitDock@gtlaw.com

**Scott M. Grossman** on behalf of Plaintiffs
grossmansm@gtlaw.com,miaecfbky@gtlaw.com,phillipsj@gtlaw.com,MiaLitDock@gtlaw.com

## Manual Notice List

The following is the list of parties who are not on the list to receive e-mail notice/service for this case, and are therefore being served by first class U.S. Mail, postage prepaid:

(no manual recipients)