UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 10-CV-21307-HUCK

BANKUNITED FINANCIAL CORPORATION,
BANKUNITED FINANCIAL SERVICES, INC.,
CRE AMERICA CORPORATION, and BU
REALTY CORPORATION,

        Plaintiffs,

v.

FEDERAL DEPOSIT INSURANCE
CORPORATION, in its capacity as
Receiver of BankUnited, FSB,

        Defendant.
_____/

**CLOSED CIVIL CASE**

### ORDER DISMISSING AND CLOSING CASE

By its August 20, 2010 Order in this matter, the Court denied the Plaintiffs' motion for summary judgment, and denied without prejudice the Defendant's motion to dismiss. The Court noted that the issues raised in this matter should be addressed by the Bankruptcy Court. Accordingly, it is hereby ordered that this matter is dismissed, and shall be closed by the clerk. All pending motions are denied as moot.

DONE and ORDERED in Chambers, Miami, Florida, August 20, 2010.

Paul C. Huck
United States District Judge

Copies furnished to:
All counsel of record