# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

August 29, 2011

FILED by _____ D.C.

SEP - 2 2011

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

Steven M. Larimore
United States District Court
400 N MIAMI AVE
MIAMI, FL 33128-1807

Appeal Number: 10-14424-HH
Case Style: BankUnited Financial Corporati, et al v. FDIC
District Court Docket No: 1:10-cv-21307-PCH

The enclosed certified copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Elora Jackson, HH
Phone #: (404) 335-6173

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 10-14424-HH

```
FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

AUG 20 2011

JOHN LEY
CLERK
```

BANKUNITED FINANCIAL CORPORATION,
BANKUNITED FINANCIAL SERVICES, INC.,
CRE AMERICA CORPORATION,
BU REALTY CORPORATION,

                        Plaintiffs - Appellants,

versus

FEDERAL DEPOSIT INSURANCE CORPORATION,
in its capacity as receiver of BankUnited, FSB,

                        Defendant - Appellee.

---

On Appeal from the United States District Court for the
Southern District of Florida

---

BEFORE:    MARCUS and MARTIN, Circuit Judges.

BY THE COURT:

      The parties' joint motion to dismiss the appeal with prejudice, with the parties to bear their own costs and attorney's fees, is GRANTED.

A True Copy - Attested:
Clerk, U.S. Court of Appeals,
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia